No. 2. HUBSCH *v.* UNITED STATES; and

No. 3. SCHWEITZER *v.* UNITED STATES. Certiorari, 338 U. S. 814, to the United States Court of Appeals for the Fifth Circuit. Writs of certiorari dismissed on motion of counsel for petitioners.

No. 780, October Term, 1949. DRURY *v.* HURLEY ET AL., 339 U. S. 983. Petition for rehearing dismissed on motion of counsel for petitioner.

No. 170, Misc. YANKEY *v.* OHIO. Petition for writ of certiorari to the Supreme Court of Ohio dismissed on motion of counsel for the petitioner. *Cecile J. Shapiro* for petitioner.